In the Matter of Proving the Last Will and Testament of JOHANNES DYONISIUS EUGENIUS MARIA DE RIDDER, also Known as JEAN EUGENE MARIE DE RIDDER, also Known as EUGENE DE RIDDER, Deceased, as a Will of Real and Personal Property.
STANISLAUS P. M. C. DE RIDDER, Appellant; ELISE F. H. WALTER, Respondent.

Appeal from an order of the Surrogate's Court, as resettled, granting a motion for the issuance of a commission.

PER CURIAM: The order should be modified by allowing an oral examination of the witnesses at the expense of the appellant, provided notice of election to conduct an oral cross-examination be served upon the respondent within ten days, in which case respondent may within five days thereafter, serve notice of election to conduct an oral direct examination at respondent's expense; and as thus modified affirmed, with ten dollars costs and disbursements to respondent. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ. Order modified as stated in opinion, and as modified affirmed, with ten dollars costs and disbursements to respondent. Order to be settled on notice.

---

JAMAICA ESTATES and EDWIN WOLF, Respondents, v. FRANK G. SMITH, Appellant.

Appeal from an order striking the cause from the Trial Term calendar.

PER CURIAM: The order appealed from must be affirmed, with ten dollars costs and disbursements. In consequence of the appellant having incorporated in his brief an irrelevant and scandalous reference to the respondent's counsel the appellant's brief is hereby stricken from the record. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ. Order affirmed, with ten dollars costs and disbursements; appellant's brief stricken from the record.